# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-3463

_____

Randy Teter

*Plaintiff - Appellant*

v.

Michael Bowersox, Warden; John Doe

*Defendant*s

Daniel Bettes, CO I; John Christian, CO I

*Defendants - Appellees*

Jeff Allen, CO I

*Defendant*

Billy Lee, CO II

*Defendant - Appellee*

Sarah Merriett, CO I; Dennis Sazonov, CO

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 5, 2016
Filed: August 9, 2016
[Unpublished]
_____

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Randy Teter appeals the district court's[1] denial of his motion for a new trial after the district court entered judgment for defendants following a jury trial. We conclude that the district court did not abuse its discretion in denying the motion. See Patterson v. City of Omaha, 779 F.3d 795, 800-01 (8th Cir. 2015) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.